

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,899-05

### EX PARTE RODNEY ADAM HURDSMAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR17817-B IN THE 271ST DISTRICT COURT FROM WISE COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant raises several claims and has attached a computer-generated memorandum. Applicant's certificate of compliance regarding the memorandum is improper. It was made pursuant to Rule 9.4(i) of the Texas Rules of Appellate Procedure, but the certificate must be made pursuant to Rule 73.1 of the Texas Rules of Appellate Procedure, which rule addresses permissible lengths of memorandums in habeas proceedings. The habeas application is therefore dismissed as noncompliant. TEX. R. APP. PROC. 73.2.

Filed: October 9, 2019
Do not publish